IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JERRY L. KENNEDY**                                             **PLAINTIFF**

VS.                        CIVIL ACTION NO: 5:13-cv-226-DCB-MTP

**JEFFERSON COUNTY, et al.**                                    **DEFENDANTS**

<u>**ORDER FOR BENCH WARRANT**</u>

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest and bring the person Carnell Kitchens before this United States District Court to answer and show cause why he should not be taken into custody and incarcerated for failure to appear on November 12, 2014, at 10:00 a.m., before this Court, after being served notice to appear and show cause in this civil matter.

Upon execution of the warrant, Kitchens shall be brought to address the Order to Show Cause **[docket entry no. 164]** and Motion to Enforce Subpoena **[docket entry no. 110]** on November 18, 2014 at 10:00 a.m. at the United States Courthouse, 109 South Pearl Street, Natchez, MS 39120. "There can be no question that courts have inherent power to enforce compliance with their lawful orders through civil contempt." <u>Shillitani v. United States</u>, 384 U.S. 364, 370 (1966).

The United States Marshal shall be provided a copy of this

1

Order.

SO ORDERED AND ADJUDGED, this the 13th day of November 2014 at 3:00 pm.

_____
UNITED STATES DISTRICT JUDGE