IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JERRY L. KENNEDY**                                                                  **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO: 5:13-cv-226-DCB-MTP**

**JEFFERSON COUNTY, MISSISSIPPI by and through              DEFENDANTS
its Board OF Supervisors, JEFFERSON COUNTY
HOSPITAL, BOARD OF TRUSTEES OF JEFFERSON
COUNTY HOSPITAL, in its official capacity,
and DUDLEY GUICE, individually and in his
official capacity, REGINA REED, individually
and in her official capacity,
and JOHN DOES 1-10**

## ORDER

This matter is before the Court on Defendant's, Jefferson County, Mississippi ("the County"), Motion in limine **[docket entry no. 312].** Because the Court awarded summary judgment in favor of the County on all claims made against it, the Court finds that this motion is MOOT. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion in limine is DENIED as MOOT.

SO ORDERED this the 13th day of July 2015.

                                            /s/ David Bramlette
                                            UNITED STATES DISTRICT JUDGE

1