# Jefferson County Hospital
## Monthly Board of Trustees Meeting
April 10, 2013
10:00 p.m.

The Jefferson County Hospital Board of Trustee monthly meeting was held on Thursday April 10, 2013 at 5:00 p.m. in the hospital's old business office. The meeting was called to order by Jeanette Travis, Chairperson. Invocation was given by Mr. Shelby Hall.

<u>Members Present</u>
Mrs. Jeanette Travis, Chairperson
Mrs. JoLillian Jackson
Mr. Shelby Hall
Mrs. Rosie Hill
Ms. Regina Reed, Secretary/Treasurer
Mrs. Denise Wilson
Jerry Sims

<u>Staff and others</u>
Mr. Jerry Kennedy, Administrator
Ms. Deborah McDonald
Staff
Isaac Tenner and others

Mr. Jerry Sims was introduced to the Board of Trustees as Board member for district 4. The Board welcomed Mr. Sims to the Board.

<u>Reading and the Adoption of the Special Board meeting held on March 11, 2013, at 5:00 p.m.:</u>
Attorney Deborah McDonald read the minutes. It was moved by Mr. Shelby Hall to adopt the minutes as read with the necessary corrections and seconded by Mrs. Rosie Hill. There was no opposition and the motion carried.

<u>Reading and the Adoption of the Minutes of the Board meeting held March 13, 2013, at 5:00 p.m.:</u>
The minutes were read by Attorney Deborah McDonald. It was moved by Mrs. Rosie Hill and seconded by Mrs. Denise Wilson to adopt the minutes as read with the necessary corrections. There was no opposition and the motion carried.

<u>Reading and the Adoption of the Minutes of the Finance meeting held March 19, 2013 at 5:00 p.m.:</u>
The minutes were read by Ms. Regina Reed. It was moved by Mrs. Rosie Hill and seconded by Mr. Shelby Hall to adopt the minutes as read with the necessary corrections. There was no opposition and the motion carried.

<u>Reading and the Adoption of the Minutes of the Board meeting held March 26, 2013, at 1:30 p.m.:</u> The minutes were read by Ms. Regina Reed. It was moved by Mrs. Rosie Hill and seconded by Mr. Shelby Hall. The motion carried with no opposition.

Chairperson Jeanette Travis asked for action to be taken on the audit report. The Board had not completed reviewing the report and would take action at a later date.

The Chairperson placed Mr. Isaac Tenner on the agenda next. Mr. Tenner's concern was he had heard there had been a motion was made to dismiss the Administrator. Also, Mr. Tenner



stated he voted for the Administrator's contract when he was on the board because it had not changed in the last twelve years.

Once Mr. Tenner had completed his lengthy concern Ms. Regina Reed stated she needed to correct a statements Mr. Tenner had made. One was that Mr. Tenner did not know if the Administrator's contract was the same for twelve years, because he had not seen any of them. Not even the one he voted on. Also, the Attorney was to review the contract and she did see the contract to review for many months after the board approved pending the attorneys review.

Also, Mr. Shelby Hall stated he needed to correct a statement Mr. Tenner had made concerning him. Mr. Hall stated he had no problem with anyone that made a decision to fire him.

The Attorney also, stated she never reviewed the contract.

Several other citizens made comments and statements in support of the Administrator: Bro. Marvin Muhammad, Mrs. Mamie Washington, and Mrs. Cynthia Felton.

It was moved by Ms. Regina Reed to enter into executive session for personnel and it was seconded by Mrs. JoLillian Jackson at 6:25.

It was moved by Mrs. Regina Reed and seconded by Mrs. Hill to come out of executive session at 8:08 p.m.

It was moved to adjourn the meeting by Ms. Regina Reed and seconded by Mr. Shelby Hall at 8:20 p.m.

_____  _____
Mrs. Jeanette Travis, Chairperson    Regina Reed, Secretary

Executive Session Minutes
April 10, 2013

Attorney McDonald stated she received a letter from Mr. Jerry Kennedy's Attorney stating that Mr. Kennedy's contract could not be discussed without his Attorney present. Attorney McDonald stated she would be in contact with his Attorney concerning this matter.

The DHealthcare lawsuit was discussed, and there are no invoices to show what services they had rendered for the hospital.

There was a discussion of the Administrator's continuous insubordination. After a lengthy discussion it was moved by Ms. Regina Reed to terminate Mr. Kennedy for insobornation and it was seconded by Mrs. JoLillian Jackson. The motion carried with Ms. Regina Reed, Mrs. Rosie Hill, Mr. Shelby Hall, and Mrs. JoLillian Jackson voting yea. Mrs. Denise Wilson voted Nay, and Mr. Jerry Sims Abstained. The chairperson stated she voted Nay. The motion carried.

Mrs. JoLillian Jackson asked if the chairperson could vote if it wasn't a tie. It was stated the By-Laws would have to looked into in order to know.

It was moved by Mr. Hall to get a lock smith to change the locks on the necessary doors and it was seconded by Mrs. JoLillian Jackson. The motion carried with on opposition.

It was moved by Mrs. Rosie Hill to call an Emergency meeting for 10:00 and it was seconded by Mr. Shelby Hall. The motion carried with no opposition.

The Chairperson Mrs. Jeanette Travis gave Mr. Jerry Kennedy the results of the decision made in executive session to terminate him.

_Jeanette Travis_
Ms. Jeanette Travis, Chairperson

_Regina Reed_
Ms. Regina Reed, Secretary