**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JERRY L. KENNEDY**                                                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO: 5:13-cv-226-DCB-MTP**

**JEFFERSON COUNTY, MISSISSIPPI, et al.**                          **DEFENDANTS**

<u>**ORDER**</u>

This matter is before the Court on Defendants', Board of Trustees of Jefferson County Hospital, Jefferson County Hospital, and Regina Reed, Motions in limine **[docket entries no. 311 and 321]** and Plaintiff's, Jerry Kennedy, Motion to Strike **[docket entry no. 325]**. The Court has considered the motions and responses, applicable statutory and case law, and is otherwise fully informed in the premises. The Court orders that the motions in limine will be held in abeyance until trial at which time the parties may present arguments. Accordingly,

IT IS HEREBY ORDERED THAT Defendants' First Motion in limine and Defendants' Second Motion in limine are HELD IN ABEYANCE.

FURTHER ORDERED that the Plaintiff's Motion to Strike is DENIED.

SO ORDERED this the 31st day of August 2015.

                                                  /s/ David Bramlette
                                           UNITED STATES DISTRICT JUDGE