```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


JERRY L. KENNEDY                                       PLAINTIFF

VS.                        CIVIL ACTION NO: 5:13-cv-226(DCB)(MTP)

JEFFERSON COUNTY, MISSISSIPPI, et al.                 DEFENDANTS
```

ORDER

This matter is before the Court on defendants Board of Trustees of Jefferson County Hospital, Jefferson County Hospital, and Regina Reed's motions in limine **(docket entries 311 and 321)**. On August 31, 2015, the Court deferred the motions for trial, which is tantamount to a denial of the motions in limine. "Denial of a motion in limine does not insure evidence contemplated by the motion will be admitted at trial. Instead, denial of the motion means the court cannot determine whether the evidence in question should be excluded outside the trial context." <u>Arthrex, Inc. v. Parcus Medical, LLC</u>, 2014 WL 2882505, *1 (M.D. Fla. June 25, 2014)(citations omitted). Accordingly,

IT IS HEREBY ORDERED that the defendants' motions in limine **(docket entries 311 and 321)** are DENIED WITHOUT PREJUDICE.

SO ORDERED, this the 2nd day of March, 2016.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE