# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**JERRY L. KENNEDY**                                                        **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.:5-13-CV-00226-DCB-MTP**

**JEFFERSON COUNTY, MISSISSIPPI, by and
through its Board of Supervisors, JEFFERSON
COUNTY HOSPITAL, BOARD OF TRUSTEES
OF JEFFERSON COUNTY HOSPITAL, in its
official capacity, and DUDLEY GUICE, individually
and in his official capacity, REGINA REED,
individually and in her official capacity, JOHN DOES 1-10**        **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court, being fully advised in the premises and being particularly advised that the parties have consented and agreed to the dismissal with prejudice as part of the settlement and compromise reached between them;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this civil action against Dudley Guice, individually and in his official capacity, is hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 6th day of April, 2016.

                                                   s/David Bramlette
                                                   UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED AS TO FORM:

*Attorney for Plaintiff:*                                *Attorney for Dudley Guice:*

Charles R. McRae, Esq.                            Tomika H. Irving, Esq.
CHUCK R. McRAE LAW OFFICE            Tomika T. Harris, PLLC
416 East Amite Street                                  Post Office Box 2064
Jackson, MS 39201                                     Fayette, MS 39069